UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MUKESH SURINARINE,

            Plaintiff,

   -against-

MESA AIRLINES, INC. and UNITED AIRLINES, INC.

            Defendant.
----------------------------------------------------------------X

1:21-cv-02242 (WFK)(PK)

**RULE 7.1 STATEMENT**

      Pursuant to the Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant, a private non-governmental party, certifies that it is wholly owned by Mesa Air Group, Inc., a publicly traded corporation.

Dated:  New York, New York
        April 23, 2021

                                        Respectfully submitted,

                                        s/ Fred G. Wexler
                                        Fred G. Wexler, Esq.
                                        BROWN GAVALAS & FROMM LLP
                                        505 Fifth Avenue, 5th Floor
                                        New York, New York 10017
                                        (212) 983-8500

                                        Attorneys for Defendant,
                                        Mesa Airlines, Inc.

TO:

Benjamin Katz, Esq.
RAPHAELSON & LEVINE LAW FIRM, P.C.
Attorneys for Plaintiff
14 Penn Plaza, Suite 1718
New York, New York 10122
(212)268-3222